**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

TRUSTEES OF THE SUBURBAN TEAMSTERS )
OF NORTHERN ILLINOIS WELFARE AND )
PENSION FUNDS, )
                                           )
                  Plaintiffs, )
                                           )   Case No.:
      v. )
                                           )   Judge
                                           )
CMM TRUCKING, INC., )
an Illinois corporation )   Magistrate Judge
                                           )
                                           )
                Defendant. )

## COMPLAINT

Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS

WELFARE AND PENSION FUNDS ("Funds"), by their attorneys, John J. Toomey, of Arnold and

Kadjan, LLP complain against Defendant, CMM TRUCKING, INC., an Illinois corporation, as

follows:

## JURISDICTION AND VENUE

1.     (a)     Jurisdiction of this cause is based upon Section 502 of the Employee

Retirement Income Security Act of 1974, 29 U.S.C. Section 1132 ("ERISA") and 29 U.S.C. 1145 as

amended.

          (b)     Venue is founded pursuant to 29 U.S.C. Section 1132(e) (2) in this district,

where the Funds as described in Paragraph 2, are administered.

**PARTIES**

2.      (a)      Plaintiffs are the TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds") and have standing to sue pursuant to 29 U.S.C. 1132(a)(3).

(b)      The SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS have been established pursuant to collective bargaining agreements previously entered into between the International Brotherhood of Teamsters and its affiliated locals ("the Union") and Employers;

(c)      The Funds are maintained and administered in this judicial district in accordance with and pursuant to the provisions of the National Labor Relations Act, as amended, and other applicable state and federal laws, and also pursuant to the terms and provisions of the Agreements and Declarations of Trust which establish the Funds.

3.      (a)      CMM TRUCKING, INC., an Illinois corporation, employs employees represented by the Union and is bound to make contributions for weeks worked by all employees and upon subcontractors who perform work which would otherwise be performed by employees.

(b)      CMM TRUCKING, INC., an Illinois corporation, has its principal place of business at Aurora, Illinois.

(c)      CMM TRUCKING, INC., an Illinois corporation, is an employer engaged in an industry affecting commerce.

4.      Effective May 1, 2018, CMM TRUCKING, INC., an Illinois corporation, entered into an Area Wide Material Hauling Agreement with Teamsters 673, and as confirmed with the Local, which bound it to the terms stated in the then current Area Wide Material Hauling Agreement that are effective for the period from June 1, 2015 through May 31, 2023, as extended, which required

contributions to the Funds pursuant to 29 U.S.C. 1145 (Exhibit A). CMM TRUCKING, INC. has not sent a notice of termination and the contract has automatically renewed through the present.

5.      Pursuant to the terms of the contract and the trust agreements establishing the Funds, Employer is required to make its books and records available to the Funds for audit

6.      The Funds have attempted to obtain the books and records of the Defendant for an audit for the period May 1, 2018 through January 31, 2026. The Funds' auditor has written and repeatedly telephoned the company and received no response.

7.      Without an order directing an audit be performed and delinquencies paid thereunder, Plaintiffs are unable to fulfill their fiduciary duties under the Plan.

8.      The amount presently due cannot be ascertained without an audit.

WHEREFORE, Plaintiffs pray:

A.      That the Court order an audit of Defendant's books and records for the period May 1, 2018 through January 31, 2026 to determine the actual amounts due and owing.

B.      That judgment be entered against the corporation, and in favor of the Plaintiffs in the amount shown to be due under the audit.

C.      That the Plaintiffs be awarded all relief provided for under 29 U.S.C. 1132(g)(2) including interest, 20% liquidated damages, costs and attorneys' fees.

D.      That the Court enjoin the corporation from operation without making the Fund whole for its past delinquencies, and the grant of security for its current contributions.

E.    That the Court grant such other relief as the Court may deem appropriate.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

By: _____
              One of Its Attorneys

John J. Toomey
ARNOLD AND KADJAN
35 E. Wacker Drive
Suite 600
Chicago, Illinois  60601
(312) 236-0415

# EXHIBIT A

W

# ORIGINAL

CMM Trucking, Inc.
966 Church Rd.
Aurora, IL 60505

THE

AREA WIDE MATERIAL HAULING AGREEMENT

BETWEEN

TEAMSTERS LOCAL 673

*Effective May 1, 2018*

EFFECTIVE JUNE 1, 2015 THROUGH MAY 31, 2019



1

THE TERMS AND CONDITIONS OF SAID TRAINING FUND.

### ARTICLE 39
### DURATION AND TERMINATION

39.1 THIS AGREEMENT SHALL BECOME EFFECTIVE ON JUNE 1, 2015 AND SHALL REMAIN IN FULL FORCE AND EFFECT UNTIL AND INCLUDING MAY 31, 2019. AFTER MAY 31,2019, THIS AGREEMENT SHALL BE RENEWED AUTOMATICALLY FOR PERIODS OF ONE (1) YEAR UNLESS EITHER THE EMPLOYER OR THE UNION GIVES WRITTEN NOTICE TO THE OTHER OF A DESIRE TO MODIFY, AMEND OR TERMINATE SAME AT LEAST SIXTY (60) DAYS PRIOR TO THE EXPIRATION OF ANY SUCH PERIOD.

THE COMPANY AND THE UNION AGREE TO MEET FOR NEGOTIATIONS OF DRUG LANGUAGE, TO BE ATTACHED TO THIS AGREEMENT.

IN WITNESS WHEREOF THE PARTIES HAVE HEREUNTO SET THEIR HANDS THIS _____ DAY OF _____,_____.

FOR THE EMPLOYER:                    FOR THE UNION:

_____              _____
SIGNATURE                            TIMOTHY L. CUSTER
                                     SECRETARY-TREASURER&
CMM Trucking, Inc.                   PRINCIPAL OFFICER
966 Church Rd.                       TEAMSTERS LOCAL 673
Aurora, IL 60505                     1050 W. ROOSEVELT RD.
                                     WEST CHICAGO, IL 60185
                                     630) 231-6660

_____
PHONE #

40

THE

AREA WIDE MATERIAL HAULING AGREEMENT

BETWEEN

TEAMSTERS LOCAL 673

AND

## CMM TRUCKING, INC.

EFFECTIVE JUNE 1, 2015 THROUGH MAY 31,2023



RECEIVED

AUG 25 2022

PENSION

1

THE TERMS AND CONDITIONS OF SAID TRAINING FUND.

## ARTICLE 39
## DURATION AND TERMINATION

39.1 THIS AGREEMENT SHALL BECOME EFFECTIVE ON JUNE 1, 2015 AND SHALL REMAIN IN FULL FORCE AND EFFECT UNTIL AND INCLUDING MAY 31, 2023.   AFTER MAY 31,2023, THIS AGREEMENT SHALL BE RENEWED AUTOMATICALLY FOR PERIODS OF ONE (1) YEAR UNLESS EITHER THE EMPLOYER OR THE UNION GIVES WRITTEN NOTICE TO THE OTHER OF A DESIRE TO MODIFY, AMEND OR TERMINATE SAME AT LEAST SIXTY (60) DAYS PRIOR TO THE EXPIRATION OF ANY SUCH PERIOD.

THE COMPANY AND THE UNION AGREE TO MEET FOR NEGOTIATIONS OF DRUG LANGUAGE, TO BE ATTACHED TO THIS AGREEMENT.

IN WITNESS WHEREOF THE PARTIES HAVE HEREUNTO SET THEIR HANDS THIS _____17th_____ DAY OF _____August_____, _2022_.

FOR THE EMPLOYER:

_____
SIGNATURE
Owner
TITLE
1835 lilac lane
ADDRESS
Aurora IL 60506

(630) 440-6380
PHONE #

FOR THE UNION:

_____
TIMOTHY L. CUSTER
SECRETARY-TREASURER&
PRINCIPAL OFFICER
TEAMSTERS LOCAL 673
1050 W. ROOSEVELT RD.
WEST CHICAGO, IL 60185
630) 231-6660

40